No. 819. FRANKLINVILLE REALTY CO. *v.* ARNOLD CONSTRUCTION CO. April 19, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. T. J. Blackwell* for petitioner. *Messrs. Bert Winters* and *Paul W. Potter* for respondent.

No. 832. IN THE MATTER OF JAMES AUSTIN ELLISON. April 19, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. William A. Gray* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for the United States.

No. 835. UNITED SHIPYARDS, INC. *v.* HOEY, EXECUTRIX. April 19, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John F. Condon, Jr.* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Joseph M. Jones* for respondent.

No. 838. BLOUNT ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. April 19, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Louis H. Breuer* for petitioners. *Solicitor General Fahy* and *Messrs. Robert B. Watts* and *Ernest A. Gross* and *Miss Ruth Weyand* for respondent.

No. 758. BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSOCIATION *v.* NATIONAL LABOR RELATIONS BOARD.

April 19, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Herbert W. Erskine, Edmund Nelson, G. D. Schilling,* and *Louis Ferrari* for petitioner. *Solicitor General Fahy* and *Messrs. Robert L. Stern, Robert B. Watts,* and *Ernest A. Gross,* and *Miss Ruth Weyand* for respondent.

No. 759. Bank of America National Trust & Savings Association *v.* National Labor Relations Board. April 19, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Herbert W. Erskine, Edmund Nelson, G. D. Schilling, and Louis Ferrari* for petitioner. *Solicitor General Fahy* and *Messrs. Robert L. Stern, Robert B. Watts,* and *Ernest A. Gross,* and *Miss Ruth Weyand* for respondent.

No. 163. Tornello *v.* Hudspeth, Warden. April 19, 1943. The petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit is denied on the ground that the case is moot, it appearing that petitioner has been pardoned by the President and that he is no longer in respondent's custody. *Weber* v. *Squier,* 315 U. S. 810. *William Humbert Tornello, pro se. Assistant Solicitor General Cox, Assistant Attorney General Berge,* and *Messrs. Robert S. Erdahl* and *W. Marvin Smith* for respondent.

No. 830. Brady, Administratrix, *v.* Southern Railway Co. April 19, 1943. Petition for writ of certiorari to the Supreme Court of North Carolina denied on the ground that it does not appear from the record or from